IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STACI HIX-HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-29-RP |
| | § | |
| FORD MOTOR COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On March 28, 2023, Defendant Ford Motor Company ("Ford") made an oral Rule 50(a)

Motion for Judgment as a Matter of Law. Ford simultaneously filed a written motion for judgment

as a matter of law. (Dkt. 127). The Court granted Ford's oral motion on the record. (Minute Entry,

Dkt. 127). On March 30, 2023, the Court entered an order granting Ford's written motion. (Dkt.

130).

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule

of Civil Procedure 58.

**IT IS ORDERED** that Judgment is entered in favor of Defendant Ford Motor Company.

**IT IS FURTHER ORDERED** that this action is **CLOSED**.

**SIGNED** on March 30, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE