

**FILED**
November 29, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
                              DEPUTY

United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Nov 29, 2023**

**Attest:**
*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 23-50434
_____

STACI HIX-HERNANDEZ,

*Plaintiff—Appellant*,

*versus*

FORD MOTOR COMPANY,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-29   RP

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of November 29, 2023, pursuant to appellant's motion.

No. 23-50434

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
      Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 29, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50434   Hix-Hernandez v. Ford Motor
                      USDC No. 1:20-CV-29

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Melissa V. Mattingly, Deputy Clerk
                      504-310-7719

cc w/encl:
    Ms. Elizabeth Brabb
    Mr. Michael W. Eady
    Ms. Jennifer Anita Foster
    Mr. William Mennucci
    Mr. Kevin James Terrazas
    Mr. Matthew William Tynan I